## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 11-10200-RGM |
| **MS GRAND, INC.** | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** By and on behalf of MS Grand, Inc. And its bankruptcy estate, | : | |
| Plaintiff, | : | |
| v. | : | |
| **Melrose Park Associates, LLC,** *et al.*, | : | Adv. Pro. No. 12-01504-RGM |
| Defendants. | : | |

### NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO SUBSTITUTE AS PARTY PLAINTIFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25 AND HEARING THEREON

**PLEASE TAKE NOTICE** that Raymond A. Yancey, the Chapter 7 Trustee (the "Chapter 7 Trustee") for the estate of MS Grand, Inc. ("MS Grand"), by undersigned counsel, has filed the *Motion to Substitute as Party Plaintiff Pursuant to Federal Rule of Civil Procedure 25* (the "Motion"). **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the followings steps:

---

Bradford F. Englander (VSB# 36221)
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)

*Proposed Special Counsel for Raymond A. Yancey, Chapter 7 Trustee*

      a)     File with the Court, at the address shown below, a written objection. If you mail your written objection to the court for filing, you must mail it early enough so that it is received by the Court on or before **June 11, 2013.**

> Clerk, United States Bankruptcy Court
> U.S. Bankruptcy Court
> 200 S. Washington St.
> Alexandria, Virginia 22314-5405

      b)     You must also deliver a copy to: Bradford F. Englander, Whiteford, Taylor & Preston, LLP, 3190 Fairview Park Drive, Suite 300, Falls Church, Virginia 22042; and

      c)     Attend a hearing that the Committee has scheduled for **June 18, 2013, at 9:30 a.m.** in Judge Robert G. Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom II, Alexandria, Virginia 22314.

If no objection is filed, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the Motion without further notice or hearing.

Dated: May 23, 2013

> */s/ Bradford F. Englander*
> WHITEFORD, TAYLOR & PRESTON L.L.P.
> Bradford F. Englander (VSB #36221)
> Christopher A. Jones (VSB #40064)
> 3190 Fairview Park Drive, Suite 300
> Falls Church, Virginia 22042
> (703) 280-9081
> (703) 280-3370 (facsimile)
> E-mail: benglander@wtplaw.com
>
> *Proposed Special Counsel to Raymond Y. Yancey, Chapter 7 Trustee*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2013, a copy of the forgoing was filed and served via the Court's Electronic Case Filing System on all parties requesting such notice, and by United States mail, postage-prepaid, on the following parties:

| | |
|---|---|
| Ian S. Landsberg<br>Landsberg & Associates<br>A Professional Law Corporation<br>5950 Canoga Ave., Ste 605<br>Woodland Hills, CA 91367 | Andrew L. Cole<br>Franklin & Prokopik<br>The B&O Building<br>Two North Charles Street, Suite 600<br>Baltimore, Maryland 21201 |

/s/ *Bradford F. Englander*
Bradford F. Englander

*2050683*