**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In Re: | : | |
| | : | **Case No. 11-10200-RGM** |
| **MS GRAND, INC.** | : | **Chapter 7** |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| **RAYMOND A. YANCEY,** | : | |
| **Chapter 7 Trustee for MS Grand, Inc.** | : | |
| **And its bankruptcy estate,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **Melrose Park Associates, LLC,** *et al.*, | : | **Adv. Pro. No. 12-01504-RGM** |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SUBSTITUTE AS <u>PARTY PLAINTIFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25</u>**

Upon consideration of the *Chapter 7 Trustee's Motion to Substitute as Party Plaintiff Pursuant to Federal Rule of Civil Procedure 25* (the "Motion") filed by Raymond A. Yancey, the Chapter 7 Trustee (the "Trustee") appointed in the bankruptcy case of MS Grand, Inc., and good cause being shown, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

WHITEFORD, TAYLOR & PRESTON, LLP
Bradford F. Englander, VSB # 36221
Christopher A. Jones VSB # 40064
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)

*Special Counsel for Raymond A. Yancey, Chapter 7 Trustee*

ORDERED, pursuant to Bankruptcy Rule 7025, the Trustee is hereby substituted as the

plaintiff in the above-captioned adversary proceeding, and it is further

ORDERED, that the caption of this adversary is hereby amended to reflect such

substitution in the manner set forth above.

Dated: Jul 8 2013 _____          /s/ Robert G. Mayer
                                            _____
                                                 United States Bankruptcy Judge

Entered on the docket _____

**I ASK FOR THIS:**                         Entered on Docket: 7/10/2013 sas

*/s/ Bradford F. Englander*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Bradford F. Englander (VSB #36221)
Christopher A. Jones (VSB #40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
E-mail: benglander@wtplaw.com

*Special Counsel to Raymond Y. Yancey, Chapter 7 Trustee*


including by e-mail and first-class mail, postage prepaid to:

**SEEN AND OBJECTED TO:**

*/s/ Andrew L. Cole*
Andrew L. Cole
Franklin & Prokopik
2325 Dulles Corner Boulevard, Suite 1150
Herndon, Virginia 20171
E-mail: acole@fandpnet.com

*Counsel for Melrose Park Equity, LLC,*
*Melrose Park Investments, L.P., Melrose Park*
*Associates, LLC, NMC Melrose Park, LLC,*
*NMC Grove Melrose, LLC and*
*NewMark Merrill Companies, LLC*

## <u>LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION</u>

Pursuant to LBR 9022-1, I hereby certify that the foregoing proposed order has been

endorsed by and/or served upon all necessary parties.


/s/ *Justin P. Fasano*
Justin P. Fasano


*2052992*