UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 11-10200-RGM |
| MS GRAND, INC. | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | |
| RAYMOND A. YANCEY, | : | |
| Chapter 7 Trustee for MS Grand, Inc. | : | |
| And its bankruptcy estate, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Melrose Park Associates, LLC, *et al.*, | : | Adv. Pro. No. 12-01504-RGM |
| | : | |
| Defendants. | : | |

**ORDER (I) CONTINUING PRE-TRIAL FOR STATUS; (II) ESTABLISHING A DEADLINE TO REQUEST A JURY TRIAL; AND (III) REQUIRING THE PARTIES TO FILE A NOTICE INDICATING WHETHER THEY CONSENT TO THE ENTRY OF FINAL ORDERS BY THE BANKRUPTCY JUDGE**

This matter came before the Court for a status conference on July 9, 2013, at which time Raymond A. Yancey, the Chapter 7 Trustee (the "Trustee") for the estate of MS Grand, Inc., and Melrose Park Equity, LLC, Melrose Park Investments, L.P., Melrose Park Associates, LLC, NMC Melrose Park, LLC, NMC Grove Melrose, LLC, and NewMark Merrill Companies, LLC ("Melrose Park," and together with the Trustee, the "Parties"), by their respective counsel,

---

WHITEFORD, TAYLOR & PRESTON, LLP
Bradford F. Englander, VSB# 36221
Christopher A. Jones, VSB# 40064
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9260 (tel)
(703) 280-3370 (fax)

*Special Counsel for the Raymond A. Yancey, Chapter 7 Trustee*

requested that the Court continue the status conference; after hearing argument of counsel for the Parties and for the reasons stated on the record at the hearing, the Court hereby ORDERS:

1. **Continuation of Status Conference.** A status conference (the "Conference") shall be held on September 17, 2013 at 11:30 a.m. in Judge Robert G. Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Alexandria, Virginia 22314. The Conference shall be for scheduling purposes only.

2. **Request for Jury Trial and Consent to Entry of Final Orders by the Bankruptcy Judge.** Any Party who demands a jury trial shall serve and file such demand on or before July 23, 2013. Failure to make demand for a jury trial by such date shall be deemed a waiver of the right to a jury trial, and the Parties who do not make timely demand shall be barred from demanding a jury trial. On or before July 23, 2013, the Parties shall each file with the Court a notice indicating whether they consent to the entry of final orders by the Bankruptcy Judge. The failure to file such notice in compliance with the terms of this paragraph shall be deemed to constitute consent to the entry of final orders by the Bankruptcy Judge in this Adversary Proceeding.

Dated: July _____, 2013
  Jul 22 2013

/s/ Robert G. Mayer
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  Jul 22 2013

**WE ASK FOR THIS**:

*/s/ Christopher A. Jones*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Bradford F. Englander (VSB #36221)
Christopher A. Jones (VSB #40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
E-mail: benglander@wtplaw.com

*Special Counsel for Raymond A. Yancey, Chapter 7 Trustee*

**SEEN AND AGREED**:

*s/ Andrew L. Cole*
Andrew L. Cole
Franklin & Prokopik
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700
E-mail: acole@fandpnet.com

-and-

Patrick Stanton
Seth Mann Rosenberg
Dykema Gossett, PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606

-and-

Ian S. Landsberg
Landsberg & Associates
A Professional Law Corporation
5950 Canoga Avenue, Suite 605
Woodland Hills, California 91367

*Counsel to Defendants*

## Local Rule 9022-1 Certification

I hereby certify that that a copy of the proposed order has been served upon all necessary parties.

/s/  *Christopher A. Jones*
Counsel

*2057932*